NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALFREDO SEMPER,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5003

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-616, Judge Marian Blank Horn.

---

## ON MOTION

---

## ORDER

The United States moves for a 30-day extension of time, until April 11, 2012, to file its brief. Alfredo Semper opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

MAR 0 5 2012
—————————————
Date

/s/ Jan Horbaly
—————————————
Jan Horbaly
Clerk

cc:  Andrew C. Simpson, Esq.
     Dawn E. Goodman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 05 2012

JAN HORBALY
CLERK